Kelly J. Trujillo (244286)
LAW OFFICE OF KELLY J. TRUJILLO
601 Carolina St.
Vallejo, California 94590
Telephone: (707) 553-7360
Facsimile: (707) 553-7364

Attorney for Defendants
Castle & King Rock & Ready Mix Inc.
Charles David King
Sharon Rose King

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>Plaintiff,<br><br>Vs.<br><br>CASTLE & KING ROCK & READY MIX INC., individually and doing business as CASTLE & KING ROCK & READY MIX, CHARLES DAVID KING, individually and as co-trustee of the CHARLES DAVID KING AND SHARON ROSE KING 2001 FAMILY TRUST; SHARON KING, individually and as co-trustee of the CHARLES DAVID KING AND SHARON ROSE KING 2001 FAMILY TRUST,<br><br>Defendants. | CASE NO.: 2:11-cv-00691-MCE-KJN<br><br>DEFENDANT CORPUZ'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL<br><br>TRIAL DATE: None |

COMES NOW defendants **CASTLE & KING ROCK & READY MIX INC., individually and doing business as CASTLE & KING ROCK & READY MIX, CHARLES DAVID KING, individually and as co-trustee of the CHARLES DAVID KING AND SHARON ROSE KING 2001 FAMILY TRUST; SHARON KING, individually and as co-trustee of the CHARLES DAVID KING AND SHARON ROSE KING 2001 FAMILY TRUST**, in response to the Complaint of plaintiff on file herein, and without waiver of this answering defendant's right to file cross-claims, admit, deny and allege as follows:



Law Office of
Kelly J. Trujillo
601 Carolina St.
Vallejo, CA 94590
Tel: (707) 553-7360
Fax: (707) 553-7364
*www.kjtrulaw.com*

I. THE PLAINTIFF

1. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on that basis deny each and every allegation contained therein.

II. PUBLIC ACCOMODATION

2. Defendants admit lines 1-3 of this paragraph the remaining lines contain legal conclusions, statements of law or opinion that defendants are not required to answer. To the extent that further responses are deemed necessary, defendants deny the same.

III. THE DEFENDANTS

3. Defendants admit its ownership of the subject property.

IV. THE FACTS

4. Defendants deny lines 2-21 of page 4 of the instant paragraph. Defendants admit lines 22 - 26 on page 4 and lines 1-5 on page 5. Defendant denies each and every other allegation contained in paragraph 4.

V. JURISDICTION

5. Defendants admit that the court has personal jurisdiction over the parties.

VI. VENUE

6. Defendants admit venue is proper.

VII. INTRADISTRICT ASSIGNMENT

7. Defendants admit the intradistrict assignment is proper.

8. This paragraph contains legal conclusions, statements of law or opinion that defendants are not required to answer. To the extent that further responses are deemed necessary, defendants deny the same.

9. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph and on that basis denies each and every allegation contained therein.

Law Office of
Kelly J. Trujillo
601 Carolina St.
Vallejo, CA 94590
Tel: (707) 553-7360
Fax: (707) 553-7364
www.kjtrulaw.com

10. Defendants admit its ownership of the subject property. Defendants deny the balance of the allegations contained in paragraph 10.

11. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph and on that basis deny each and every allegation contained therein.

FIRST CLAIM FOR RELIEF

12. Defendants incorporate its responses as set forth in paragraphs 1-11 above as though fully set forth herein.

13. This paragraph contains legal conclusions, statements of law or opinion that defendants are not required to answer. To the extent that further responses are deemed necessary, defendants deny the same.

14. This paragraph contains legal conclusions, statements of law or opinion that defendants are not required to answer. To the extent that further responses are deemed necessary, defendants deny the same.

15. This paragraph contains legal conclusions, statements of law or opinion that defendants are not required to answer. To the extent that further responses are deemed necessary, defendants deny the same.

16. This paragraph contains legal conclusions, statements of law or opinion that defendants are not required to answer. To the extent that further responses are deemed necessary, defendants deny the same.

17. This paragraph contains legal conclusions, statements of law or opinion that defendants are not required to answer. To the extent that further responses are deemed necessary, defendants deny the same.

18. This paragraph contains legal conclusions, statements of law or opinion that defendants are not required to answer. To the extent that further responses are deemed necessary, defendants deny the same.

Law Office of
Kelly J. Trujillo
601 Carolina St.
Vallejo, CA 94590
Tel: (707) 553-7360
Fax: (707) 553-7364
*www.kjtrulaw.com*

19. This paragraph contains legal conclusions, statements of law or opinion that defendants are not required to answer. To the extent that further responses are deemed necessary, defendants deny the same.

20. Defendants deny that they violated any law and the balance of the paragraph contains legal conclusions, statements of law or opinion that defendants are not required to answer. To the extent that further responses are deemed necessary, defendants deny the same.

21. Defendants deny that injunctive relief is necessary or available. Defendant is without sufficient knowledge or information to form a belief as to the truth of the balance of the allegations contained in said paragraph and on that basis denies each and every allegation contained therein.

SECOND CLAIM FOR RELIEF

22. Defendants incorporate its responses as set forth in paragraphs 1-21 above as though fully set forth herein.

23. This paragraph contains legal conclusions, statements of law or opinion that defendants are not required to answer. To the extent that further responses are deemed necessary, defendants deny the same.

24. Defendants deny each and every allegation in this paragraph.

25. Defendants deny each and every allegation in this paragraph.

26. Defendants deny each and every allegation in this paragraph.

27. Defendants deny each and every allegation in this paragraph.

28. Defendants deny each and every allegation in this paragraph.

PRAYER

Defendants deny that plaintiff is entitled to relief requested, or any other relief, on the causes of action asserted, and specifically denies each and every allegation in claims set forth in the prayer of the complaint.

AFFIRMATIVE DEFENSES

Law Office of
Kelly J. Trujillo
601 Carolina St.
Vallejo, CA 94590
Tel: (707) 553-7360
Fax: (707) 553-7364
*www.kjtrulaw.com*

Defendants and each of them, by and through its counsel, alleges the following twenty-two separate affirmative defenses to all causes of action purportedly set forth in the Complaint filed herein by plaintiff.

FIRST AFFIRMATIVE DEFENSE

Defendants allege that the complaint and each cause of action therein fails to state a claim against defendant upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

Defendants allege that plaintiff lacks capacity to sue or the requisite standing to bring this claim as required by Article III of the United States Constitution.

THIRD AFFIRMATIVE DEFENSE

Defendants have not violated any statutory provisions cited in Plaintiff's Complaint. At all times, defendants complied with all the statutory and regulatory requirements concerning the activities that are the subject of plaintiff's Complaint.

FOURTH AFFIRMATIVE DEFENSE

The violations referred to in plaintiff's complaint, if any there are, were caused by the acts and omissions of entities or person other than defendant and over whom defendant has no control.

FIFTH AFFIRMATIVE DEFENSE

The violations referred to in plaintiff's complaint, if any there are, were caused without the knowledge or consent of defendant.

SIXTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint and each cause of action therein is barred in whole or in part by the applicable statute of limitations.

SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint and each cause of action therein is barred in whole or in part by the doctrine of laches.

EIGHTH AFFIRMATIVE DEFENSE

Law Office of
Kelly J. Trujillo
601 Carolina St.
Vallejo, CA 94590
Tel: (707) 553-7360
Fax: (707) 553-7364
*www.kjtrulaw.com*

Defendants allege that negligent acts and statutory violations by person other than defendant contributed to any alleged damages, and therefore plaintiff's recovery from defendant, if any, should be reduced on the basis of comparative fault.

NINTH AFFIRMATIVE DEFENSE

Defendants allege that the injuries and damages complained of by plaintiff, if any, were solely caused by the unlawful conduct or willful act of plaintiff and/or others and that by virtue of same plaintiff is barred from recovery herein.

TENTH AFFIRMATIVE DEFENSE

Defendants owed no duty of care to plaintiff at all time relevant to this lawsuit. Defendants complied with all applicable laws and regulations and has acted in a careful, reasonable and prudent manner.

ELEVENTH AFFIRMATIVE DEFENSE

The damages plaintiff claims to have sustained, if any, are in whole or in part, the proximate result of the acts or omissions of persons or entities other than defendant or any other person for whose acts or omission defendant is responsible.

TWELFTH AFFIRMATIVE DEFENSE

If plaintiff is found to be entitled to recover costs or damages against defendant, which entitlement defendant denies, such recovery must be reduced by any and all amounts previously obtained by plaintiff whether by direct payment, offset or otherwise for the alleged damages, if any.

THIRTEENTH AFFIRMATIVE DEFENSE

Any prospective recovery is barred by virtue of the fact that the alleged damages if any, were not reasonably contemplated or foreseen by the parties.

FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's complaint and each cause of action therein is barred by the doctrine of waiver.

FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to join a necessary and indispensable party needed for a just adjudication of the claims raised in this proceeding.



Law Office of
Kelly J. Trujillo
601 Carolina St.
Vallejo, CA 94590
Tel: (707) 553-7360
Fax: (707) 553-7364
*www.kjtrulaw.com*

SIXTEENTH AFFIRMATIVE DEFENSE

If applicable herein, recovery of penalties is invalid on its face or as applied to defendant under the United States Constitution and the Constitution of the State of California, including Article I, Section 10 and the First, Fifth, Sixth and Fourteenth Amendments thereto.

SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff's prosecution of this complaint against defendant is a selective prosecution in violation of the United States and California Constitutions.

EIGHTEENTH AFFIRMATIVE DEFENSE

Defendants will rely upon all additional affirmative defenses that become available as a result of information developed through discovery or at trial.

NINETEENTH AFFIRMATIVE DEFENSE

Defendants allege on information and belief that plaintiff's alleged injuries, if any, were aggravated by plaintiff's plural failure to use reasonable diligence to mitigate them.

TWENTIETH AFFIRMATIVE DEFENSE

Defendants allege that the plaintiff is estopped by action of law or by conduct from maintaining the action filed in this case.

TWENTY-FIRST AFFIRMATIVE DEFENSE

Defendants allege that the plaintiff in this case is guilty of "unclean hands" in the matters set forth in the complaint, which conduct extinguishes the right to equitable relief in this action.

TWENTY-SECOND AFFIRMATIVE DEFENSE

Defendants allege that the complaint fails to state facts sufficient to form a basis for the awarding of attorney fees.

PRAYER FOR RELIEF

1. That plaintiff take nothing whatsoever by reason of the complaint or any claims stated therein;
2. That the complaint and any and all claims therein against defendant be dismissed with prejudice;



Law Office of
Kelly J. Trujillo
601 Carolina St.
Vallejo, CA 94590
Tel: (707) 553-7360
Fax: (707) 553-7364
*www.kjtrulaw.com*

3. That if these answering defendants is found liable, that the degree of responsibility and liability for the resulting damages and that this answering defendant be held liable only for the portion of the total damages in proportion to its liability for the same, if any;
4. That defendant recovers its cost and reasonable attorney fees in this proceeding pursuant to Civil Code section 52; and such other statutes which may apply; and
5. That the court grant such other further relief as it may deem just and proper.

DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, defendant demands that this action be tried by a jury.

Date: 5/23/11

LAW OFFICE OF KELLY J. TRUJILLO

KELLY J. TRUJILLO, Atty. for Defendants

Law Office of
Kelly J. Trujillo
601 Carolina St.
Vallejo, CA 94590
Tel: (707) 553-7360
Fax: (707) 553-7364
www.kjtrulaw.com